[No. 18311-1-II.   Division Two.   April 12, 1996.]

THE CITY OF TACOMA, *Respondent*, v. MICHAEL W. GULLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02270-2, Vicki L. Hogan, J., entered May 13, 1994. *Reversed* by unpublished per curiam opinion.

[No. 18665-9-II.   Division Two.   April 12, 1996.]

GOOD SAMARITAN HOSPITAL, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-03055-9, Christine A. Pomeroy, J., entered September 2, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Morgan, JJ.

[No. 19042-7-II.   Division Two.   April 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM C. McCOURT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 91-1-00259-1, Toni A. Sheldon, J., entered December 1, 1994. *Reversed* by unpublished per curiam opinion.

[No. 19175-0-II.   Division Two.   April 12, 1996.]

In the Matter of the Marriage of ARLYNDA K. DUGAN-GAUNT, *Respondent*, v. CHRIS FRED GAUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-3-01173-2, Barbara D. Johnson, J., entered February 15, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ. Now published at 82 Wn. App. 16.